# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASHAWN WILSON COMBS, | Case No. 1:19-cv-00390-BAM (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S "MOTION FOR FAILURE TO EXHAUST SUMMARY" AS MOOT AND CONSTRUING AS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| MOORE, *et al.*, | |
| Defendants. | (ECF No. 27) |
| | **SEVEN (7) DAY DEADLINE** |

Plaintiff Dashawn Wilson Combs ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Moore, Ruelas, Brubaker, Ronquillo, and Perez for excessive force in violation of the Eighth Amendment and for deliberate indifference to medical needs in violation of the Eighth Amendment.

On January 16, 2020, Defendants filed an answer and a motion for summary judgment on the ground that Plaintiff failed to exhaust his prisoner administrative remedies as required by the Prison Litigation Reform Act. (ECF Nos. 22, 23.) On January 31, 2020, Plaintiff filed a document titled "Plaintiff Motion for Failure to Exhaust Summary." (ECF No. 27.) Upon review of the document, it appears Plaintiff is attempting to file an opposition to the motion for summary judgment, rather than his own motion for summary judgment. As such, the "motion" is denied as

1

moot. The Court will construe the filing as Plaintiff's opposition to Defendants' pending motion for summary judgment and will reset the briefing schedule.

Accordingly, Plaintiff's "Motion for Failure to Exhaust Summary," (ECF No. 27), is DENIED as moot, and shall be construed as Plaintiff's opposition to Defendants' January 16, 2020 motion for summary judgment for failure to exhaust administrative remedies. Defendants' reply, if any, shall be filed within **seven (7) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: **February 3, 2020**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE