UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASHAWN WILSON COMBS,<br><br>             Plaintiff,<br><br>     v.<br><br>MOORE, *et al.*,<br><br>             Defendant. | No.  1:19-cv-00390-NONE-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 23, 36) |

Plaintiff Dashawn W. Combs, a state prisoner without counsel proceeding *in forma pauperis*, brought this civil rights action pursuant to 42 U.S.C. § 1983.  The operative first amended complaint asserts a claim for violation of the Eighth Amendment's Cruel and Unusual Punishment Clause.  (Doc. No. 15 at 3.)  Plaintiff claims that correctional officers at Kern Valley Prison were deliberately indifferent to his serious medical needs when they prevented him from seeking medical care for his hand, which was "leaking puss and in severe pain."  (*Id.* at 3–4.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 16, 2020, defendants moved for summary judgment on the ground that plaintiff failed to first exhaust his administrative remedies prior to filing suit as required by the Prisoner Litigation Reform Act.  (Doc. No. 23.)  Having considered the parties' submissions and relevant evidence, the assigned magistrate judge agreed that there was no disputed issue of

1   material fact, that plaintiff had failed to exhaust the inmate grievance process, and therefore
2   recommended that defendant's motion be granted and this action be dismissed without prejudice.
3   (Doc. No. 36.)  On November 23, 2020, plaintiff objected to the magistrate judge's findings and
4   recommendations.  (Doc. No. 39.)

5   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a
6   *de novo* review of this case.  The court finds the findings and recommendations are supported by
7   the record and proper analysis, and that plaintiff's objections fail to persuade the court otherwise.
8   Many of the arguments advanced in the objections have been addressed by the magistrate judge in
9   the pending findings and recommendations.  Moreover, plaintiff fails to rebut defendants'
10  evidence establishing that although the administrative inmate grievance process was available to
11  plaintiff, he has not exhausted those administrative remedies prior to filing suit as required.  (Doc.
12  No. 36 at 6–10.)

13  In light of the foregoing, the court ORDERS as follows:
14  1. The findings and recommendations issued on November 9, 2020 (Doc. No. 36) are
15     ADOPTED in full;
16  2. Defendants' motion for summary judgment (Doc. No. 23) is GRANTED;
17  3. This action is DISMISSED without prejudice; and
18  4. The Clerk of Court is DIRECTED to assign a district judge to this case for the purpose of
19     closing the case and then to close the case.

20  IT IS SO ORDERED.

21  Dated:   **February 11, 2021**                    _____
22                                                    UNITED STATES DISTRICT JUDGE